FILED

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0156

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0156

CITY OF GREAT FALLS,

Plaintiff and Appellee,

v.

HANNAH ROSE KUNTZ,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 22, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 20 2023